RONALD DEAN, SBN 47663
email: rdean@74erisa.com
1155 Via de la Paz
Pacific Palisades, CA  90272-2508
(310) 459-1636
Fax: (310) 459-6224

Attorney for Plaintiff LYLE DAWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE DAWN, | NO. CV- 08-2671 ABC (PJWx) |
| Plaintiff, | |
| -vs- | [PROPOSED] PROTECTIVE ORDER |
| FIRST BOSTON CO. etc. | |
| Defendant. | |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY **ORDERED**:

Whereas, the discovery information produced by plaintiff to defendant on July 2, 2009, may contain confidential, private, proprietary and/or trade secret information, said information shall be subject to the terms of this Order.  Said "Information" and all copies, descriptions, summaries, notes, abstracts, digests and excerpts thereof, and all portions of pleadings or transcripts which contain or are derived from such Information, are covered by this Order.

1. Only that portion of the "Information" not otherwise known to defendant or not otherwise a matter of public record shall be subject to this Order and only such portion shall be considered "Information."

3. This Information shall be used solely for the purpose of this action. None of this Information shall be used for any other purpose, including business, governmental, commercial or competitive purposes or in any other administrative, judicial, or arbitration proceedings or actions. None of the Information shall be disclosed to any person or otherwise made public except pursuant to this Order.

4. This Information may be disclosed only in this action, only to the persons described in the following sentence, only to the extent that such person is performing work in connection with these proceedings, and only to the extent necessary to perform that work. Such persons are: (a) The Parties to this action; (b) counsel of record for the Parties; (c) any person regularly employed by such counsel or parties, including legal assistants, secretaries, law clerks, investigators, associates and contract attorneys; and (d) the court and court staff.

5. The Parties may disclose the Information to the court in connection with motions filed in this case or at trial in this case. The Information, and any motions or papers referring to them will be provided to the court in a sealed envelope and will be marked "Confidential: Subject to Protective Order." The court will decide whether to seal the documents and all references to the Information in any other documents, or in any reporter's transcript at the conclusion of the litigation.

///

6. Should any person or entity violate the terms of this Order, and should legal action be necessary as a result of any violation or threatened violation of this Order, the prevailing party shall recover reasonable attorneys' fees.

**IT IS SO ORDERED**

Dated: 7/9/09

_____
AUDREY B. COLLINS
United States District Judge

3