JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LYLE DAWN, ) NO. CV- 08-2671 ABC (PJWx)
)
        Plaintiff, ) [~~PROPOSED~~] JUDGMENT
)
-vs- )
)
FIRST BOSTON CO. etc. )
)
        Defendant. )
_____ )

    The Court, having issued its Memorandum of Decision on February 22, 2010, in favor of Plaintiff and against Defendant, hereby enters Judgment in favor of Plaintiff Lyle Dawn and against defendant First Boston Company 1985 Deferred Compensation Plan also known as the Credit Suisse First Boston Corporation 1985 Deferred Compensation Plan ("Plan"), as follows:

    The Court declares that under the correct interpretation of the Plan document Dawn is entitled to the full $309,841 per year for 15 years beginning in 2013, the year in which he turns age 65.

Plaintiff is awarded his recoverable costs and reasonable attorney fees pursuant to 29 U.S.C. §1132(g)(1) in the sum of $235,000.

**IT IS SO ORDERED**

Dated: March 05, 2010

*[signature: Audrey B. Collins]*

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Submitted by:

Ronald Dean, SBN 47663
Attorney for Plaintiff
rdean@74erisa.com
1155 Via de la Paz
Pacific Palisades, CA 90272
Phone: 310.459.1636
Fax: 310.459.6224

**Approved as to form and content**:

_____
Elizabeth H. Lindh, SBN 162660
elizabeth.lindh@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, CA 90801-1730
Phone: (562) 436-2000
Fax: (562) 436-7416